UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 06, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SARA ELAINE BAILEY,

Defendant.

Case No. 2:17-mj-~~0047~~-CKD
0046

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SARA ELAINE BAILEY , Case No. 2:17-mj-0047-CKD from custody for the following reasons:

- **X** Release on Personal Recognizance
- ____ Bail Posted in the Sum of $ _____
- ____ Unsecured Appearance Bond $ _____
- ____ Appearance Bond with 10% Deposit
- ____ Appearance Bond with Surety
- ____ Corporate Surety Bail Bond
- **X** (Other): Ordered to appear at 2:00 PM before the undersigned on 3/7/2017 in courtroom 24

Issued at Sacramento, California on March 06, 2017 at 2:05 pm

By: _____
Magistrate Judge Carolyn K. Delaney